GREGORY R. OXFORD (#62333)
goxford@icclawfirm.com
ISAACS CLOUSE CROSE & OXFORD LLP
21515 Hawthorne Boulevard, Suite 950
Torrance, California 90503
Telephone: (310) 316-1990
Facsimile: (310) 316-1330

Attorneys for Plaintiff
General Motors LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| GENERAL MOTORS LLC, a Delaware limited liability company,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>SANTA MONICA GROUP, INC., a California corporation; KAYVAN NAIMI, an individual; FARINAZ NAIMI, an individual; KAMRAN NAIMI, an individual; and NILOFAR NAIMI, an individual,<br><br>　　　　　　Defendants. | Case No. CV 10-4787 DMG (RCx)<br><br>**ORDER OF DISMISSAL[JS-6]** |

　　　　Pursuant to stipulation of counsel [Doc. #23], IT IS HEREBY ORDERED:

　　　　1.　　The preliminary injunction previously issued by the Court is dissolved;

　　　　2.　　The bond posted by GM in the amount of $50,000 is released, and the surety is exonerated; and

3. The action is dismissed without prejudice, all parties to bear their own costs and attorneys fees.

IT IS SO ORDERED.

Dated: October 11, 2010

_____
Dolly M. Gee
United States District Judge